[No. 12596-3-III.    Division Three.    March 15, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. SABINO M.
LEMUS, *Appellant*.

·  Appeal from a judgment of the Superior Court for Franklin County, No. 92-1-50144-8, Albert J. Yencopal, J., entered July 14, 1992. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Thompson, C.J., and Munson, J.

[No. 12128-3-III.    Division Three.    March 15, 1994.]

STEVEN BLAIR, *Respondent*, v. GIM CORPORATION, INC., ·
ET AL, *Defendants*, HOMERO TOMEZ, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Benton County, No. 86-2-00749-8, Albert J. Yencopal, J., entered December 4, 1991. *Reversed* by unpublished opinion per Munson, J., concurred in by Thompson, C.J., and Schultheis, J.

[No. 15556-7-II.    Division Two.    March 17, 1994.]

RONALD JANISCH, *Appellant*, v. THE DEPARTMENT OF
RETIREMENT SYSTEMS, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 90-2-00293-6, James D. Roper, J., entered November 26, 1991. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Morgan, C.J., and Houghton, J.

[No. 12932-2-III.    Division Three.    March 17, 1994.]

STANLEY H. MOREMAN, *Respondent*, v. WILBERT
BUTCHER, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 92-2-50380-1, Fred R. Staples, J., entered December 31, 1992. *Reversed* by unpublished opinion per Schultheis, J., concurred in by Thompson, C.J., and Munson, J.